Noah Solomon ISRAEL, Plaintiff–Appellant,

v.

Paul CERJAN, President, Regent University; W. George Selig, Provost, Regent University; John Mulford, Dean, School of Business; Mike Gray, Academic Advisor, School of Business; Joe Debrota, Assistant Director, Office of Central Financial Aid, Regent University; Regent University; Michael Ash, Director, Student Services; Christian Broadcasting Network, Incorporated (CBN); Regent University School of Business, Defendants–Appellees.

No. 01–1907.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Noah Solomon Israel, pro se.

John David Radd, Jeffrey Scott Kerr, Lavonda Nicole Graham, Huff, Poole & Mahoney, P.C., Virginia Beach, VA, for appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Noah Solomon Israel appeals the district court's order dismissing his discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Israel v. Cerjan,* No. CA–00–457–2 (E.D. Va. June 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*